Courtney Abrams (Cal. Bar No. 265742)
courtney@courtneyabramslaw.com
*Courtney Abrams, PC*
2711 Sepulveda Blvd., No. 625
Manhattan Beach, CA 90266
(310) 601-4448 (T)

Monica H. Beck (*pro hac vice to be filed*)
mbeck@tfnlgroup.com
Chloe M. Neely (*pro hac vice to be filed*)
cneely@tfnlgroup.com
**The Fierberg National Law Group**
161 East Front Street, Suite 200
Traverse City, MI 49684
(231) 933-0180 (T)
(231) 252-8100 (F)

*Attorneys for Plaintiff Jane Doe*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE<br><br>            Plaintiff,<br><br>vs.<br><br>CHRISTOPHER D'ELIA<br><br>            Defendant. | Case No: 2:21-cv-1918<br><br>**NOTICE OF ERRATA TO PLAINTIFF'S COMPLAINT** |

    Plaintiff Jane Doe respectfully submits this errata to her Complaint to correct an inadvertent administrative error. Pursuant to L.R. 3-2, Ms. Doe electronically filed her case-initiating documents on March 2, 2021, including her Complaint at Docket Entry No. 1. Ms. Doe's filed Complaint inadvertently contained metadata. Ms. Doe concurrently files a corrected Complaint to correct this mistake and makes

no other changes.

Date: March 2, 2021

Respectfully submitted,

| | |
|---|---|
| Monica H. Beck<br>Chloe M. Neely<br>Members of The Fierberg National<br>Law Group, PLLC<br>*Pro hac vice application to be filed*<br>161 East Front Street, Suite 200<br>Traverse City, MI 49684<br>(231) 933-0180 (T)<br>(231) 252-8100 (F)<br>mbeck@tfnlgroup.com<br>cneely@tfnlgroup.com<br>*Attorneys for Plaintiff Jane Doe* | /s/ Courtney Abrams<br>Courtney Abrams (No. 265742)<br>Courtney Abrams, PC<br>2711 Sepulveda Blvd., No. 625<br>Manhattan Beach, CA 90266<br>(310) 601-4448 (T)<br>courtney@courtneyabramslaw.com<br>*Local Counsel*<br>*Attorney for Plaintiff Jane Doe* |