Courtney Abrams (Cal. Bar No. 265742)
courtney@courtneyabramslaw.com
*Courtney Abrams, PC*
2711 Sepulveda Blvd., No. 625
Manhattan Beach, CA 90266
(310) 601-4448 (T)

Monica H. Beck
mbeck@tfnlgroup.com
Admitted Pro Hac Vice
Chloe M. Neely
cneely@tfnlgroup.com
Admitted Pro Hac Vice
*The Fierberg National Law Group*
161 East Front Street, Suite 200
Traverse City, MI 49684
(231) 933-0180 (T)
(231) 252-8100 (F)

*Attorneys for Plaintiff Jane Doe*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE<br><br>         Plaintiff,<br><br>vs.<br><br>CHRISTOPHER D'ELIA<br><br>         Defendant. | Case No: 2:21-cv-01918 JLS (JPRx)<br><br>**CERTIFICATE OF SERVICE** |

     I hereby certify that on March 10, 2021, a copy of the Initial Standing Order for Civil Cases Assigned to Judge Josephine L. Staton (Doc. 18) was served on Andrew B. Brettler, Lavely & Singer, P.C., 2049 Century Park East, Suite 2400, Los

1 | Angeles, CA 90067, by having same enclosed in an envelope with postage thereon
2 | fully prepaid and deposited in a United States postal receptacle.

/s/ Courtney Abrams
Courtney Abrams (No. 265742)
Courtney Abrams, PC
2711 Sepulveda Blvd., No. 625
Manhattan Beach, CA 90266
(310) 601-4448 (T)
courtney@courtneyabramslaw.com
*Local Counsel*
*Attorney for Plaintiff Jane Doe*