Courtney Abrams (Cal. Bar No. 265742)
courtney@courtneyabramslaw.com
*Courtney Abrams, PC*
2711 Sepulveda Blvd., No. 625
Manhattan Beach, CA 90266
(310) 601-4448 (T)

Monica H. Beck
mbeck@tfnlgroup.com
Admitted Pro Hac Vice
Chloe M. Neely
cneely@tfnlgroup.com
Admitted Pro Hac Vice
*The Fierberg National Law Group*
161 East Front Street, Suite 200
Traverse City, MI 49684
(231) 933-0180 (T)
(231) 252-8100 (F)

*Attorneys for Plaintiff Jane Doe*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CHRISTOPHER D'ELIA<br><br>　　　　Defendant. | Case No: 2:21-cv-01918 JLS (JPRx)<br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)** |

　　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Jane Doe, and her counsel hereby give notice that the above-entitled action is voluntarily dismissed, without prejudice, against the Defendant.

1  Date: April 23, 2021

2  Respectfully submitted,
3

4  Monica H. Beck                          /s/ Courtney Abrams
   Chloe M. Neely                          Courtney Abrams (No. 265742)
5  The Fierberg National                   Courtney Abrams, PC
6  Law Group, PLLC                         2711 Sepulveda Blvd., No. 625
   *Admitted pro hac vice*                 Manhattan Beach, CA 90266
7  161 East Front Street, Suite 200        (310) 601-4448 (T)
8  Traverse City, MI 49684                 courtney@courtneyabramslaw.com
   (231) 933-0180 (T)                      *Local Counsel*
9  (231) 252-8100 (F)                      *Attorney for Plaintiff Jane Doe*
10 mbeck@tfnlgroup.com
   cneely@tfnlgroup.com
11 *Attorneys for Plaintiff Jane Doe*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28